UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN STUHLMACHER, II, and DANIEL L. MARKS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MASCO CORPORATION OF INDIANA, d/b/a DELTA FAUCET COMPANY,<br><br>    Defendant. | Case No.: C-13-02688-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held on November 18, 2013.  The Court hereby sets the following dates in this matter:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | 4/14/14 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT SPONSORED MEDIATION TO BE COMPLETED BY: | 3/31/14 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 1/30/14 |
| PARTIES TO EXCHANGE INITIAL DISCLOSURES: | 11/22/13 |
| INFRINGEMENT CONTENTIONS AND DOCUMENT PRODUCTION: | 12/2/13 |
| INVALIDITY CONTENTIONS AND DOCUMENT PRODUCTION: | 1/16/14 |
| EXCHANGE OF PROPOSED TERMS FOR CONSTRUCTION: | 1/30/14 |
| EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS: | 2/27/14 |
| JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT: | 3/17/14 |

Following the Joint Claim Construction and Prehearing Statement, the Court will hold a Case Management Conference to determine whether an early Markman is appropriate. The parties shall file a Joint Case Management Conference Statement in compliance with the Court's Standing Order in Civil Cases. The joint statement shall include, among other things, an update on the status of mediation, an updated proposed schedule, and the parties' proposed plan for moving forward in this action, including how the Court can best assist the parties in reaching a resolution.

The Court will set additional dates at the next Case Management Conference.

This Order terminates Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: November 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**