MARK A. LAUER (Bar No. 163756)
Mark@SiliconEdgeLaw.com
THOMAS W. LATHRAM (Bar No. 59639)
Tom@SiliconEdgeLaw.com
SILICON EDGE LAW GROUP LLP
7901 Stoneridge Drive, Suite 528
Pleasanton, California 94588
Telephone:   925-621-2110
Facsimile:   925-621-2119

*Attorneys for Plaintiffs*
Glen Stuhlmacher, II and Daniel L. Marks

CALVIN L. LITSEY (State Bar No. 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: 650.324.6708
Facsimile: 650.324.6701
Email: calvin.litsey@faegrebd.com

R. TREVOR CARTER (*pro hac vice*)
Indiana Bar No. 18562-49
MATTHEW C. ENNIS (*pro hac vice*)
North Carolina Bar No. 38146
Faegre Baker Daniels LLP
300 N. Meridian St.
Suite 2700
Indianapolis, IN 46204
Telephone: 317.237.0300
Facsimile: 317.237.1000
Email: trevor.carter@faegrebd.com
Email: matthew.ennis@faegrebd.com

*Attorneys for Defendant*
Masco Corporation of Indiana d/b/a Delta Faucet Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLEN STUHLMACHER, II and DANIEL L. MARKS,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MASCO CORPORATION OF INDIANA d/b/a DELTA FAUCET COMPANY, an Indiana Corporation,<br><br>　　　　　　　　Defendant. | Case No.: 4:13-cv-02688 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

　　　Plaintiffs Glen Stuhlmacher, II, an individual, and Daniel L. Marks, an individual, and defendant Masco Corporation of Indiana d/b/a Delta Faucet Company, having settled their disputes, hereby stipulate that the above-captioned action is to be dismissed with prejudice

pursuant to Fed. R. Civ. P. 41(a) as to all claims, counterclaims, and defenses, each party to bear its own attorneys' fees and costs.

Dated: January 30, 2014　　　　　　　SILICON EDGE LAW GROUP LLP

By:　*/s/Mark A. Lauer*
　　　Mark A. Lauer

*Attorneys for Plaintiffs*
Glen Stuhlmacher, II and Daniel L. Marks

Dated: January 30, 2014　　　　　　　FAEGRE BAKER DANIELS LLP

By:　*/s/R. Trevor Carter*
　　　R. Trevor Carter

*Attorneys for Defendant*
Masco Corporation of Indian d/b/a/ Delta Faucet Company

## ATTESTATION

I, Mark A. Lauer, am the ECF User whose user ID and password are being utilized in the electronic filing of this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that R. Trevor Carter of Faegre Baker Daniels LLP concurs in the filing of this document.

Dated: January 30, 2014　　　　　　　SILICON EDGE LAW GROUP LLP

By:　*/s/Mark A. Lauer*
　　　Mark A. Lauer

*Attorneys for Plaintiffs*
Glen Stuhlmacher, II and Daniel L. Marks

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties having settled their disputes and stipulated to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed with prejudice as to all claims, counterclaims, and defenses, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: February 4, 2014

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE